```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

JOSEPH PATRICK MOYNIHAN,     )
                             )
            Plaintiff,       )
                             )
      v.                     )     No. 4:07CV00506 ERW
                             )
U.S. DEPARTMENT OF COMMERCE, )
                             )
            Defendant.       )

### ORDER

This matter is before the Court upon the application of Joseph Patrick Moynihan for leave to commence this action without payment of the required filing fee. Upon consideration of the financial information provided with the application, the Court finds that plaintiff is financially unable to pay any portion of the filing fee.

Therefore,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis [Doc. #2] is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk shall issue process or cause process to be issued upon the complaint.

So Ordered this 5th Day of April, 2007.

_/s/ E. Richard Webber_
**E. RICHARD WEBBER**
**UNITED STATES DISTRICT JUDGE**